UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TELLONEY GAYLE,

                      Plaintiff,

     -against-

CITY OF NEW YORK,

                      Defendant.

20-CV-5018 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

      Plaintiff proceeds in this matter *pro se*. He brings claims related to a prosecution in Queens County. By order dated September 9, 2020, the Court directed Plaintiff to show cause why this action should not be transferred to the Eastern District of New York under 28 U.S.C. § 1404(a). The Court informed Plaintiff that if he did not file a response, the Court would transfer the action to the Eastern District of New York. As Plaintiff has not filed a declaration, and has determined that in the interests of justice the action should be transferred, the Court transfers the action to the Eastern District of New York.[1]

**CONCLUSION**

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

      The Clerk of Court is also directed to transfer this action to the United States District Court for the Eastern District of New York, and terminate any motions in this action.

---

[1] At the time Plaintiff filed the action, he was in the custody of the New York City Department of Correction (DOC). But DOC records do not indicate that he currently is in DOC custody. Plaintiff has not updated the Court with a new address.

This order closes the case.

SO ORDERED.

Dated:   December 18, 2020
         New York, New York

*Louis L. Stanton*
Louis L. Stanton
U.S.D.J.